

July 24, 2025

**VIA ECF**

**Elliot J. Coz**
Direct Phone 212-453-3962
Direct Fax 646-461-2078
ecoz@cozen.com

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

**Re: Case No. 1:25-cv-04887-JLR –** *Karsan v. Jain* **– Letter Motion to Withdraw as Plaintiff's Counsel**

Dear Judge Rochon:

Our firm Cozen O'Connor represents Plaintiff Nooruddin Karsin ("Plaintiff") in the above-referenced matter, which was commenced in mid-June 2025 and is in the early, pre-answer/pleading stage. In accordance with Rule 1.4 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts ("Rule 1.4"), I submit this letter motion to respectfully request that the Court issue an order relieving/removing me as counsel to Plaintiff in this matter because, after July 25, 2025, I will no longer be employed at Cozen O'Connor.

While an affidavit supporting the basis for withdrawal is typically necessary for the Court to determine whether an attorney's application for withdrawal should be granted, Rule 1.4(b) states that such an affidavit is "unnecessary if… another attorney from the same firm… has already entered a notice of appearance on behalf of the client and will remain on the case." Prior to the filing of this letter motion, my colleague Kenneth Eng at Cozen O'Connor filed a notice of appearance (*see* Dkt. 7) and will remain on this case as Plaintiff's counsel. Additionally, the undersigned's withdrawal at this early stage of litigation will not delay or disrupt this matter, affect the administration of justice, or cause prejudice to any parties. As such, we respectfully request that the Court grant this application.

To the extent that the Court does grant the relief requested herein, we respectfully request that the Court permit Mr. Eng's email service of Your Honor's Order on the Plaintiff-client as good and sufficient service and excuse service having to be made on Defendant Rahul Jain, who has not responded to the Complaint or joined in this action. To extent that Mr. Jain does eventually seek to respond the Complaint in this action, his response would still be directed to Cozen O'Connor, who has been and remains the firm of record for Plaintiff.

We appreciate the Court's time, help, and consideration in this matter.

Very truly yours,

COZEN O'CONNOR

*/s/ Elliot J. Coz*

By: Elliot J. Coz

EJC