**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOORUDDIN KARSAN,   Civil Action No. 1:25-cv-04887-JLR
    Plaintiff,   **AFFIDAVIT OF**
  v.   **ATTEMPTED SERVICE**

RAHUL JAIN,
    Defendant.
------------------------------------------------------------X
STATE OF NEW YORK  )
                  S.S.
COUNTY OF NEW YORK)

    **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 13th day of June, 2025, at approximately 2:35pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET AND RULE 7.1 STATEMENT** upon **RAHUL JAIN** at 330 East 38th Street, Apt. 48G, New York, NY 10016 but the desk clerk/doorman called up to Apt. 48G for Rahul Jain and told him the deponent was there for him, and Rahul Jain hung up. The desk clerk/doorman called back and there was no answer, and the deponent was refused access up to the apartment door.

_____
**HECTOR FIGUEROA, #0870141**

Sworn to before me this
24th day of July, 2025

_____
NOTARY PUBLIC

SHIRLEY CHEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CH6445213
Qualified in New York County
My Commission Expires December 12, 2026

#308186

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NOORUDDIN KARSAN,                               Civil Action No. 1:25-cv-04887-JLR
       Plaintiff,                         **AFFIDAVIT OF SERVICE**
  v.

RAHUL JAIN,
       Defendant.
-----------------------------------------------------------X
STATE OF NEW YORK   )
         S.S.
COUNTY OF NEW YORK)

      **ERIKA TEJEDA**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 20th day of June, 2025, at approximately 6:24pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET AND RULE 7.1 STATEMENT** upon **RAHUL JAIN** at 330 East 38th Street, Apt. 48G, New York, NY 10016, but the deponent was advised to come back after the 4th of July.

      That on the 10th day of July, 2025, at approximately 10:03am, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET AND RULE 7.1 STATEMENT** upon **RAHUL JAIN** at 330 East 38th Street, Apt. 48G, New York, NY 10016, but there was no answer, and the doorman refused the deponent access to the apartment door.

      At that time, therefore, deponent served a true copy of the aforementioned papers upon **RAHUL JAIN** by personally delivering and leaving the same with **JOHN DOE (REFUSED TO GIVE NAME)**, the doorman, who is a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked **JOHN DOE (REFUSED TO GIVE NAME)** if **RAHUL JAIN** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      **JOHN DOE (REFUSED TO GIVE NAME)** is a Hispanic male, approximately 60 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 180 pounds with black and grey hair and brown eyes.

#308186

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

That on the 10th day of July, 2025, deponent served another true copy of the foregoing upon **RAHUL JAIN** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**RAHUL JAIN**
330 East 38th Street
Apt. 48G
New York, NY 10016

_____
**ERIKA TEJEDA, #1088563**

Sworn to before me this
24th day of July, 2025

_____
NOTARY PUBLIC

SHIRLEY CHEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CH6445213
Qualified in New York County
My Commission Expires December 12, 2026

#308186

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com