UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOORUDDIN KARSAN,<br><br>       Plaintiff,<br><br>  -against-<br><br>RAHUL JAIN,<br><br>       Defendant. | Case No. 1:25-cv-04887 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The deadline for Defendant Rahul Jain to answer or otherwise respond to the Complaint was July 31, 2025. *See* Dkt. 9. That date has passed without Defendant having filed an answer or otherwise communicating with the Court. As a courtesy, the Court will extend the deadline for Defendant to answer or otherwise respond to the Complaint to **August 14, 2025**.

Dated: August 4, 2025
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge