UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORUDDIN KARSAN,

                Plaintiff,

-against-

RAHUL JAIN,

                Defendant.

Case No. 1:25-cv-04887 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 18, 2025, the Court granted Defendant a final extension to answer or otherwise respond to the Complaint no later than August 25, 2025. To date, Defendant has not filed an answer, responded to the Complaint, or otherwise appeared in this case.

Accordingly, it is hereby ORDERED that Plaintiff shall provide a status update with proposed next steps by **September 8, 2025.**

It is further ORDERED that the initial pretrial conference currently scheduled for September 4, 2025, is adjourned *sine die.*

Dated: September 2, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1